AUGUST 10, 1982

No. A–147. MITCHELL, WARDEN, ET AL. v. LAWRENCE, NEXT FRIEND ACTING ON BEHALF OF COPPOLA. This matter came on before THE CHIEF JUSTICE as Circuit Justice for the Fourth Circuit on the application of James P. Mitchell, Warden, and Gerald L. Baliles, Attorney General of Virginia, and was referred by him to the Court. There being only four Members of the Court available in Washington, a conference call was arranged to include those outside Washington except JUSTICE O'CONNOR who was outside the United States. After consideration of the matters presented by the application, the application is granted and the stay entered by Circuit Judge John D. Butzner, Jr., of the United States Court of Appeals for the Fourth Circuit is hereby vacated. JUSTICE BRENNAN and JUSTICE MARSHALL would deny the application. JUSTICE STEVENS would call for a response from J. Gray Lawrence, Jr., the respondent above named. JUSTICE O'CONNOR took no part in the consideration or decision of this application.

AUGUST 12, 1982

No. 81–2333. ANDERSON ET AL. v. FLATEAU ET AL. Appeal from D. C. S. D. N. Y. dismissed under this Court's Rule 53.

AUGUST 19, 1982

No. 81–1810. NARANJO ET AL. v. CORRIZ. C. A. 10th Cir. [Certiorari granted, 456 U. S. 971.] Stipulation to dismiss the writ of certiorari was filed, and the case was dismissed pursuant to this Court's Rule 53.